# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **CRAIG CAREY** | **CIVIL ACTION NO. 3:17-00604** |
| **VERSUS** | **SECTION P** |
| | **JUDGE TERRY A DOUGHTY** |
| **WINDELL DAVIS, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and noting the absence of objections to the Report and Recommendation in the record, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's civil rights Complaint is DISMISSED in accordance with the provisions of Federal Rule of Civil Procedure 41(b).

**MONROE, LOUISIANA,** this 2nd day of April, 2018.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE